UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEFFREY MOREHEAD, *et al.*, | NO. CV 07-5940 SVW (SSx) |
| Plaintiffs, | JS - 6 |
| v. | **ORDER DISMISSING CASE** |
| UNITED STATES, *et al.*, | |
| Defendants. | Hon. Stephen V. Wilson |

**IT IS HEREBY ORDERED THAT:**

    1.    Plaintiffs' action is dismissed with prejudice in its entirety;

    2.    Each party shall bear his, her or its own costs of suit and attorneys' fees; and,

    3.    The Court retains jurisdiction pending completion of the terms of the Stipulation for Compromise Settlement.

DATED: September 4, 2008

_____
STEPHEN V. WILSON
United States District Judge

Presented by:

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
      /s/
_____
DAVID A. DeJUTE
Assistant United States Attorney
Attorneys for Federal Defendant